| | |
|---|---|
| **No. 24-1349** | **September Term, 2024** |
| | FERC-EL24-92-001 |
| | FERC-EL24-92-000 |

**Filed On: October 29, 2024** [2082432]

Cometa Energia, S.A. de C.V.,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

## N O T I C E

    This case was docketed on October 28, 2024. The Federal Energy Regulatory Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on October 28, 2024, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                                           **FOR THE COURT:**
                                                          Mark J. Langer, Clerk

                                      BY:    /s/
                                                          Emily K. Campbell
                                                          Deputy Clerk

Attachment:
    Certified Copy of Petition for Review